UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL ANTHONY ABELS,

          Petitioner,

  v.

JOOP DEJONGE,

          Respondent.

CASE NO. C04-2259-JLR

ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE RESPONSE

    Respondent, having filed a Motion for Extension of Time to File Response (Dkt. # 19) by August 11, 2005, and the Court being fully advised and having examined the files herein; it is hereby ordered that Respondent's Motion for Extension of Time to File Response be **GRANTED**. Respondent filed his Answer on August 11, 2005, in accordance with his Motion. Accordingly, Respondent's Answer will be considered by the Court in reviewing the petition for habeas corpus.

    DATED this 15th day of August, 2005.

                                       MONICA J. BENTON
                                       United States Magistrate Judge