UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL ANTHONY ABELS,<br><br>              Petitioner,<br><br>   v.<br><br>JOOP DEJONGE,<br><br>             Respondent. | CASE NO.  C04-2259-JLR<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE |

Now before the Court is Petitioner's Motion for Extension of Time to file his response to respondent's Answer in opposition to his § 2241 petition. Respondent has filed a response indicating that it has no opposition to this request. Dkt. #27. Having reviewed Petitioner's motion and the balance of the record, and good cause having been shown, the Court hereby finds and ORDERS:

(1) Petitioner's Motion for Extension of Time (Dkt. # 26) is GRANTED. Petitioner shall file and serve his response to the respondent's on or before October 31, 2005.

//

//

//

Order - Page 1

(2) The Clerk shall re-note Petitioner's § 2241 motion for November 4, 2005. Respondent may file and serve a reply not later than on the Friday designated for consideration of the matter.

DATED this 29th day of September, 2005.

_____
MONICA J. BENTON
United States Magistrate Judge

Order - Page 2