___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

JAN 2 2 2007

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL ANTHONY ABELS,

　　　　　　　Petitioner,

　　v.

ISRB et al.,

　　　　　　　Respondents.

CASE NO.   C04-2259 JLR

ORDER

The Court, having reviewed the entire record and the Report and Recommendation of United States Magistrate Judge Monica J. Benton, hereby finds and ORDERS:

(1)　The Court adopts the Report and Recommendation;

(2)　Petitioner's federal habeas petition is **DENIED**;

(3)　The Court **DISMISSES** the Petition with prejudice;

(4)　The Clerk is directed to send copies of this Order to Petitioner and to the Honorable Monica J. Benton.

DATED this 22nd day of January, 2007.

　　　　　　　　　　　　　　　　　　　　　／s／ James L. Robart
　　　　　　　　　　　　　　　　　　　　　JAMES L. ROBART
　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER
PAGE - 1

04-CV-02259-ORD